| | | |
|---|---|---|
| BELOIS CRAVEN<br>600 LIGHT STREET<br>BALTIMORE, MD 21230 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| WALMART, INC.<br>701 SOUTH WALTON BLVD<br>BENTONVILLE, AR 72716 | * | BALTIMORE CITY |
| S/O: THE CORPORATION<br>TRUST, INCORPORATED<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE, MD 21093 | * | CASE NO.: ______________ |
| | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * * * *

**COMPLAINT**

Plaintiff, Belois Craven (hereinafter "Plaintiff"), by her attorney, Brandon C. James, Esq., and the Law Offices of Barry Glazer, LLC, hereby files suit against Defendant Walmart, Inc. (hereinafter "Defendant Walmart") and, in support thereof, states as follows:

1. Plaintiff is now and at all times relevant to this suit was a resident of Baltimore City, Maryland.

2. Defendant is a business entity in Maryland engaged in the business of providing retail services to citizens of Baltimore City.

3. On February 11, 2023, Plaintiff entered the premises of Defendant's premises located at 6420 Petrie Way, Rosedale, MD 21237. Upon entering the premises, Plaintiff obtained a scooter from Defendant. When riding in Defendant's scooter, the scooter began to malfunction and perform erratically. As a result, Defendant's scooter crashed into a shelf, causing the shelf to fall on Plaintiff's leg, causing significant injuries.

**COUNT I**
**(Negligence)**

4. The allegations of fact hereinabove and below are set forth, are adopted herein, and made a part hereof, and further,

5. At the time of the incident, Defendant, its agents, servants and employees, owed a duty of care to Plaintiff, as an invitee, to use ordinary care in maintaining the premises under its control in a reasonably safe condition. This duty included, but was not limited to, inspecting and maintaining equipment on the facility to ensure they work in proper fashion. This duty further required Defendant to correct any dangerous and defective conditions which existed on the premises and of which it was aware or reasonably should have been aware.

6. Defendant breached its duty of care to the Plaintiff when its agents, servants, and employees failed to correct or place warning signs of the dangerous condition of the scooter, failed to correct the dangerous condition of the scooter, and failed to warn Plaintiff of the dangerous condition which existed on the premises.

7. The dangerous condition was not discoverable by Plaintiff when exercising ordinary care for her safety. Plaintiff was at all times in the exercise of due care, and in no way contributed to the incident.

8. Defendant's breach of its duty of care was the direct and proximate cause of serious bodily injuries, pain, and mental distress suffered, and medical bills incurred by Plaintiff, without any negligence or want of due care on Plaintiff's part contributing thereto.

**WHEREFORE**, Plaintiff demands judgment against Defendant Ace Uniform Services, Inc. in the sum exceeding Seven Five Thousand Dollars and no cents ($75,000.00), exclusive of interest and costs.

Respectfully submitted,

Brandon C. James
AIS No.: 2101130004
The Law Offices of Barry R. Glazer, LLC

P.O. Box 27166 Light Street
Baltimore, MD 21230
Phone: (410) 547-8568
Bjames@barryglazer.com
*Attorneys for Plaintiff*
*Counsel for Plaintiff*

**DEMAND FOR JURY TRIAL**

Plaintiff, does hereby demand a trial by jury on all counts.

Respectfully submitted,

Brandon C. James
AIS No.: 2101130004
The Law Offices of Barry R. Glazer, LLC
P.O. Box 27166 Light Street
Baltimore, MD 21230
Phone: (410) 547-8568
Bjames@barryglazer.com
*Attorneys for Plaintiff*
*Counsel for Plaintiff*