IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Belois Craven** | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-cv-01936 |
| **Walmart, Inc.** | * | |
| **Defendant.** | * | |

**GENERAL CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

08/07/2024
Date

/s/ Kelly S. Kylis
Signature of Party or Counsel

Kelly S. Kylis, Esquire
Printed Name

888 Bestgate Rd., Suite 402, Annapolis, MD 21401
Address

kkylis@mhlawyers.com
Email Address

410-266-9909
Telephone Number

410-266-8425
Fax Number

MagistrateGeneralConsentCV (06/2016)