# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND



CHAMBERS OF
ERIN ASLAN
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3555
MDD_EAchambers@mdd.uscourts.gov

August 8, 2024

To:     Counsel of Record

Re:     *Craven* v. *Walmart, Inc.*
         Civil No. EA-24-1936
         <u>Referral for All Further Proceedings</u>

Dear Counsel:

I understand that the parties have consented to proceed before a Magistrate Judge. Accordingly, the above-referenced case was referred to me by the Honorable George Levi Russell, III for all further proceedings pursuant to 28 U.S.C. § 636(c) and Local Rule 301.  ECF No. 18.  In light of the case reassignment, my initials should be used on all further correspondence and filings with the Court.  I request that each party file the requisite <u>consent form</u> by no later than **August 22, 2024**.

The Amended Scheduling Order entered by Chief Judge Russell on August 5, 2024 (ECF Nos. 12, 14, and 17) is adopted in full.  The schedule will not be changed further except for good cause.  By separate letter order, I will provide you with my informal discovery dispute procedure, which will govern all future discovery disputes in this case.

Finally, I note that this case has been referred to Judge Coulson for a settlement conference.  All settlement-related communications should be directed to Judge Coulson only.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Erin Aslan
United States Magistrate Judge